# United States District Court    **ORIGINAL**

_____ NORTHERN _____ DISTRICT OF _____ CALIFORNIA _____

**FILED**

UNITED STATES OF AMERICA

v.

**JORGE LUIS FLORES GUTIERREZ**

(Name and Address of Defendant)

Venue: SAN FRANCISCO

AUG 2 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL COMPLAINT**

CASE NUMBER: 3 07 70502 JCS

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about May 1, 2007, in San Francisco County, in the Northern District of California, the defendant did, willfully and knowingly make a false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws in violation of Title 18 United States Code, Section 1542, <u>False Statement in a Passport Application</u>.

I further state that I am a <u>Special Agent</u> and that this complaint is based on the following facts:

**See attached Affidavit in Support of Criminal Complaint**

Maximum Penalties:
Title 18 USC Section 1542:
10 years of imprisonment; $250,000 fine; 3 years supervised release; and $100 special assessment fee

APPROVED AS TO FORM: _____
                     Derek Owens, AUSA

Continued on the attached sheet and made a part hereof:  ☒ Yes    ☐ No

Arrest Warrant Requested:    ☒ Yes  ☐ No
Bail Amount:                 ___

_____
Signature of Complainant, Paul Comforti

Sworn to before me and subscribed in my presence,

August 27, 2007                              at  San Francisco, California
Date                                             City and State

**Joseph C. Spero**                          JOSEPH C. SPERO
**United States Magistrate Judge**           UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer             Signature of Judicial Officer

**UNITED STATES DISTRICT COURT** )
                                 )  ss. **AFFIDAVIT**
**NORTHERN DISTRICT OF CALIFORNIA** )

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT CHARGING
JORGE LUIS FLORES GUTIERREZ
WITH VIOLATING 18 U.S.C. § 1542,
FALSE STATEMENT IN APPLICATION FOR A PASSPORT

I, Paul Comforti, being duly sworn, depose and state:

*Affiant Background*

1.  I am a Special Agent employed by the Diplomatic Security Service (DSS), which is an agency of the United States Department of State. DSS Special Agents are empowered under Title 22 U.S.C. § 2709 to investigate passport fraud.

2. I have a bachelor's degree from Central Connecticut State University and am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program. I have been employed by DSS since January 2005, and have received and receive on an ongoing basis, training in the laws, rules and regulations concerning passports, visas, and citizenship documents.

*Purpose of Affidavit*

3.  This affidavit establishes probable cause to arrest JORGE LUIS FLORES GUTIERREZ for False Statement in Application for a Passport, in violation of 18 U.S.C. § 1542, when he falsely stated his place of birth as Los Angeles, California, in a passport application he submitted in the Northern District of California.

4.  This affidavit is based in part upon my personal knowledge, interviews, and the review of various records and documents obtained during this investigation. This affidavit sets forth only those material facts that I believe are necessary to establish probable cause. It does not include each and every fact of this investigation.

*Relevant Statute*

5.  The Passport Act of 1926, as amended, was in full force and effect throughout the period of this investigation. This Act, codified in 22 U.S.C. § 211a, authorized the United States Secretary of State to grant and issue United States passports under rules prescribed by the President and/or other federal laws. Some of these rules are that a person wanting a United States passport must complete and submit an application to the State Department and must submit proof of American citizenship, usually a birth certificate, and proof of identity, usually a driver's license and Social Security Number, with their application. Another rule allows officers at United States

Post Offices to accept passport applications, and to then forward them to the State Department for processing.

6. Title 18 U.S.C. § 1542 states, in pertinent part, "Whoever willfully and knowingly makes any false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for their own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws...shall be fined under this title...or imprisoned not more than 10 years...or both." Title 18 U.S.C. § 3291 provides for a ten year statute of limitations for passport offenses.

*Facts Supporting Probable Cause*

5. On or about May 1, 2007, a person purporting to be JORGE LUIS FLORES GUTIERREZ submitted a United States passport application at a San Francisco Post Office, which is located in the Northern District of California. A review of this application and other Department of State records disclosed the applicant submitted a passport photograph, a California driver's license (#C5902606), and a State of California Certificate of Live Birth (#7097-036563).

6. On August 15, 2007, I requested a criminal record check from the Department of Homeland Security using fingerprints submitted by JORGE LUIS FLORES GUTIERREZ to obtain California driver's license #C5902606 and it resulted in a fingerprint match to JORGE LUIS FLORES GUTIERREZ, born in Mexico. I reviewed an April 5, 2005 arrest of JORGE LUIS FLORES GUTIERREZ in San Francisco, California, and noted that JORGE LUIS FLORES GUTIERREZ was identified as born in Mexico.

7. On August 21, 2007, I interviewed Fraud Prevention Manager Richard Macias of the San Francisco Passport Office, who stated that there is no record of the above-mentioned Certificate of Live Birth on file with the State of California and it is counterfeit.

8. I know from my training and experience that it is a common practice for illegal immigrants to attempt to gain legal status in the United States by counterfeiting birth certificates. I know that this is the case with JORGE LUIS FLORES GUTIERREZ and I know from my training and experience that he is a Mexican citizen and was not born in Los Angeles, California.

*Conclusion*

9. Based on the facts and information detailed in the affidavit, I believe probable cause exists that JORGE LUIS FLORES GUTIERREZ made False Statements in Application and Use of Passport, in violation of 18 U.S.C. § 1542, when he falsely stated his place of birth as Los Angeles, California, on the above mentioned United States

passport application, which was submitted in the Northern District of California. As such, I respectfully request a warrant for his arrest.

Under penalty of perjury, I swear that the foregoing is true and correct to the best of my knowledge, information and belief.

Paul Comforti
Special Agent
Diplomatic Security Service
San Francisco Field Office

SUBSCRIBED AND SWORN BEFORE ME
ON August 27, 2007

THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge
Northern District of California