```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  WENDY THOMAS (NYBN 4315420)
    Special Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102
       Telephone: (415) 436-6809
 7     Facsimile: (415) 436-7234
       E-mail: wendy.thomas@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 03-07-70502 JCS |
| Plaintiff, ) | |
| ) | **NOTICE OF CHANGE OF COUNSEL** |
| v. ) | |
| JORGE LUIS FLORES GUTIERREZ, ) | |
| Defendant. ) | |

The United States Attorney's Office hereby files this Notice of Change of Counsel to advise the court that the assigned Special Assistant United States Attorney for this case is Wendy Thomas. Future ECF notices should be sent to SAUSA Wendy Thomas only at the email address of wendy.thomas@usdoj.gov.

//
//
//
//
//

NOTICE OF CHANGE OF COUNSEL
[CR 3-07-70502 JCS]

1 | AUSA Derek Owens should be removed from the list of persons to be noticed.

2

3 | DATED: October 21, 2007              Respectfully submitted,

4 |                                      SCOTT N. SCHOOLS
                                         United States Attorney

5

6

7 |                                      _____/s/_____
                                         WENDY THOMAS
                                         Special Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE OF COUNSEL
[CR 3-07-70502 JCS]